IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DMF REALTY, LLC AS ASSIGNEE OF F&C INVESTMENTS, LLC, ) ) ) Plaintiff, ) ) v. ) ) DEN-TEX CENTRAL, INC. and DFO, INC., ) ) Defendants. ) | No. 07-557-CV-W-DW |

**ORDER**

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 9). Pursuant to the Stipulation, the Court hereby DISMISSES WITH PREJUDICE the above captioned case, with each party to bear its own costs.

The Clerk of the Court shall mark this case as CLOSED.

/s/ DEAN WHIPPLE

Dean Whipple

United States District Court Judge

Dated: November 29, 2007